IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02992–MSK–KMT

CLIFFORD MILLER,

    Plaintiff,

v.

ERIC FOLTZ, M.D.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Stay Discovery for 30 Days" (Doc. No. 14, filed May 18, 2011) is GRANTED. The parties shall file a status report on or before June 20, 2011.

Dated: May 25, 2011