IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02992–MSK–KMT

CLIFFORD MILLER,

    Plaintiff,

v.

ERIC FOLTZ, M.D.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of "Defendant's Response to Plaintiff's Motion to Amend Scheduling Order" (Doc. No. 36, filed Sept. 21, 2011), "Plaintiff's Motion to Amend Scheduling Order" (Doc. No. 33, filed September 15, 2011) is GRANTED. The Expert Witness Disclosure Deadline is extended to November 18, 2011. However, to the extent that the parties wish to further extend the Expert Witness Disclosure Deadline or extend any of the other deadlines indicated in Defendant's Response, the parties must file a renewed motion to amend the scheduling order. *See* D.C.Colo.LCivR 7.1C ("A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper.")

Dated: September 22, 2011