IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02992–RBJ–KMT

CLIFFORD MILLER,

    Plaintiff,

v.

ERIC FOLTZ, M.D.,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Amend the Scheduling Order" (Doc. No. 41, filed Nov. 2, 2011) is GRANTED. The court finds that the concerns surrounding Plaintiff's competency constitute good cause to modify the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4). The parties shall disclose their affirmative experts no later than December 18, 2011. Rebuttal experts shall be disclosed no later than February 18, 2012. The Discovery Cut-Off is extended to March 30, 2012. The Dispositive Motions Deadline is extended to April 15, 2012.

Dated: November 3, 2011